UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                                                    Criminal No. 2:10cr56

MOHAMMED MODIN HASAN,
et al.,

      Defendant.

## ORDER

The jurors in the above entitled case having been sequestered, **IT IS SO ORDERED** that the United States Marshal furnish them meals at the expense of the United States, submitting the bill to the Clerk of this Court for payment.

                                                 /s/ MSD
                                             Mark S. Davis
                                  UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 24, 2010

Bobbie B's deli  865807
433 Grandy St
Norfolk, VA

| CUSTOMER'S ORDER NO. | | | DATE 11/24/2010 | | |
|---|---|---|---|---|---|
| NAME Federal court house | | | | | |
| ADDRESS 600 Grandy St | | | | | |
| CITY, STATE, ZIP Norfolk, VA 23510 Room 5 | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. 30 day | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 # | 1 Cuke salad | | 6.85 |
| 2 # | 1 Fruit salad/wheat | | 6.85 |
| 3 # | 2 mac salad | | 6.85 |
| 4 # | 5 chips | | 6.25 |
| 5 # | 6 cole slaw | | 5.75 |
| 6 # | 6 mac salad | | 5.75 |
| 7 # | 7 Baked chips | | 5.50 |
| 8 # | 8 Cuke salad, No cheese | | 7.20 |
| 9 # | 8 cuke salad | | 7.20 |
| 10 # | 14 chips | | 6.50 |
| 11 # | 15 chips | | 6.25 |
| 12 # | 16 Baked chips | | 6.70 |

RECEIVED BY  71.65

adams 4705   KEEP THIS SLIP FOR REFERENCE